[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 14, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-11581

_____

D.C. Docket No. 04-00441-CV-FTM-29SPC

MOHAN THAMPI,

Plaintiff–Appellant,

versus

COLLIER COUNTY BOARD OF COMMISSIONERS,
JAMES V. MUDD,
JAMES DELONY,

Defendants–Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(April 14, 2008)**

Before BARKETT, FAY and STAPLETON,[*] Circuit Judges.

_____

[*] Honorable Walter K. Stapleton, Senior United States Circuit Judge for the Third Circuit, sitting by designation.

PER CURIAM:

Mohan Thampi appeals from an adverse Summary Judgment in favor of the Collier County Board of Commissioners and James Mudd and James DeLony, individually, on his Complaint alleging that he was terminated from his employment in violation of his rights under the First and Fourteenth Amendments of the United States Constitution, pursuant to 42 U.S.C. § 1983. Specifically, Thampi alleged that he had "exercised his First Amendment right of free speech by reporting to supervisors and criticizing waste and gross mismanagement of public funds, resources and projects in Collier County" and was fired as a result.

We find, on this record, that the district court did not err in concluding that the speech alleged did not rise to a First Amendment violation because it pertained to official job-related matters. We also reject as meritless Thampi's argument that Collier County Policy 5311.1(10) is unconstitutional.

**AFFIRMED**.